1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, DAVID H. BIGELOW

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NUMBER: 1:10-CR-00293-LJO
                                    )
11            Plaintiff,             )  STIPULATION AND  ORDER TO MOVE
                                    )  MOTIONS DUE DATES
12 v.                               )
                                    )  Date:      Friday, February 18, 2011
13 DAVID H. BIGELOW,                )  Time:      10:00 a.m.
                                    )  Courtroom: Honorable Lawrence J. O'Neill
14            Defendant.             )
                                    )
15

16     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the date set for hearing on motions be extended as

18 follows:  move from Friday, February 18, 2010 at 10:00 a.m. to Friday, March 11, 2011 at 10:00 a.m.;

19 defense motions due on January 21, 2011 move to February 22, 2011 and governments response to

20 motions due on February 11, 2011 move to March 4, 2011.

21     The reason for this request is as follows:

22  1.   The AUSA has indicated that we will shortly be receiving a Plea Agreement in the
23       above-entitled matter;

24  2.   Counsel for Mr. BIGELOW has been experiencing an unusual press of deadlines for
25       motions and funding applications in other matters including but not limited to the capital
26       prosecution *U.S. v. JAMES NINETE LEON GUERRERO*, Case No.: 1:08-CR-00259-
27       OWW.

28     The parties also agree that any delay resulting from this continuance shall be excluded in the

1  interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

2  Respectfully submitted,

3  DATED:  January 26, 2011          /s/   Salvatore Sciandra
4  SALVATORE SCIANDRA
   Attorney for Defendant,
5  DAVID H. BIGELOW

6  DATED:  January 26, 2011          /s/   Mark J. McKeon
   MARK J. MCKEON
7  Assistant United States Attorney

8

9  **ORDER**

10 As long as the dates will not interfere with a trial day already set, if any, good cause is

11 stated.  Time continues to be excluded up to the time of the hearing on the motions.

12 IT IS SO ORDERED.

13 **Dated:    January 26, 2011**          **/s/ Lawrence J. O'Neill**
   UNITED STATES DISTRICT JUDGE