BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

Attorneys for the
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00293-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DAVID BIGELOW, JR., | |
| Defendant. | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant David Bigelow, Jr. it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.   Pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c), defendant David Bigelow, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   Approximately $2,068.80 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-6647834, held in the names of David H. Bigelow, Jr. and Mail Boxes West;

   b.   Approximately $2,544.17 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-4876633, held in the name of David H. Bigelow, Jr.;

    c. Approximately $10,148.81 in U.S. Currency seized from Guaranty Bank Savings Account Number 779-557834, held in the name of David H. Bigelow Jr., or Alicia A. Guardado;

    d. Approximately $293.78 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-7063858, held in the name of Alicia A. Guardado and David H. Bigelow, Jr.;

    e. Approximately $24.23 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-4159774, held in the names of Alicia A. Guardado and David H. Bigelow, Jr.; and

    f. Approximately $559.62 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-5392713, held in the names of David H. Bigelow, David H. Bigelow Jr., and Mail Boxes West.

  2. The above-listed assets constitute property that was derived from proceeds traceable to a violation of 18 U.S.C. § 1341. Further, the above-listed assets constitute property derived from or proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 501.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site

1 www.forfeiture.gov.  The United States may also, to the extent
2 practicable, provide direct written notice to any person known to
3 have an alleged interest in the property that is the subject of the
4 order of forfeiture as a substitute for published notice as to those
5 persons so notified.
6          b.   This notice shall state that any person, other than the
7 defendant, asserting a legal interest in the above-listed property,
8 must file a petition with the Court within sixty (60) days from the
9 first day of publication of the Notice of Forfeiture posted on the
10 official government forfeiture site, or within thirty (30) days from
11 receipt of direct written notice, whichever is earlier.
12      5.   If a petition is timely filed, upon adjudication of all
13 third-party interests, if any, this Court will enter a Final Order
14 of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B) and
15 28 U.S.C. § 2461(c), in which all interests will be addressed.
16      IT IS SO ORDERED.
17 **Dated:    June 17, 2011**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE