SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, DAVID H. BIGELOW, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:10–CR-00293-LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING: DENIED |
| v. | ) ) | Date: Monday, July 8, 2011 |
| DAVID H. BIGELOW, JR., | ) ) | Time: 10:00 a.m. Courtroom: Honorable Lawrence J. O'Neill |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his respective attorney to continue the sentencing schedule as follows: Sentencing hearing on Friday, July 8, 2011 at 10:00 a.m. be moved to Friday, August 5, 2011 at 10:00 a.m. as defense counsel needs more time for further investigation and preparation for sentencing. Informal Objections to Presentence Report from June 17, 2011 to July 15, 2011 and Formal Objections to Presentence Report from July 1, 2011 to July 29, 2011.

Respectfully submitted,

DATED: June 20, 2011          /s/ Salvatore Sciandra
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              DAVID H. BIGELOW, JR.

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  DATED:  June 20, 2011                              /s/   Mark J. McKeon
                                                     MARK J. McKEON
4                                                    Assistant United States Attorney

5

6                                   **ORDER**

7  The request is lacking details for the Court to establish Good Cause to continue.  Denied

8  without prejudice.

9  IT IS SO ORDERED.

10  **Dated:   June 21, 2011**                       /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

11

12

...

28

U.S. v. IDELFONSO URBINA VALENCIA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CASE NUMBER: 1:09–CR-00461-OWW                                                              2