SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, DAVID H. BIGELOW, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:10–CR-00293-LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING |
| v. ) | |
| ) | Date:       Monday, July 8, 2011 |
| DAVID H. BIGELOW, JR., ) | Time:       10:00 a.m. |
| ) | Courtroom: Honorable Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorneys to continue the sentencing in this matter as follows: Sentencing hearing on Friday, July 8, 2011 at 10:00 a.m. be moved to Friday, July 22, 2011 at 10:00 a.m. On July 5, 2011, Mr. Bigelow informed counsel that if sentencing is continued for a brief period of time that he believes he will be able to make substantial if not full restitution on or before the new sentencing date. Counsel believes that if in fact Mr. Bigelow is able to make substantial or full restitution on or before the date of sentencing that this will be an important sentencing factor pursuant to 18 U.S.C. section 3553. Counsel attempted to contact AUSA Mark McKeon to discuss this new development with him in an effort to determine what impact if any, making full restitution would have on the governments sentencing recommendation. Counsel discovered that AUSA McKeon is on vacation and unavailable through July 18, 2011. Counsel then contacted AUSA McKeon's supervisor AUSA Stanley Boone who on behalf of AUSA McKeon, agreed that this matter should be continued to allow further sentencing negotiations between counsel for Mr. Bigelow and the government.

Respectfully submitted,

DATED: July 5, 2011                               /s/   Salvatore Sciandra
                                                  SALVATORE SCIANDRA
                                                  Attorney for Defendant,
                                                  DAVID H. BIGELOW, JR.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: July 5, 2011                               /s/   Stanley Boone
                                                  STANLEY BOONE
                                                  Assistant United States Attorney

**ORDER**

GOOD CAUSE HAS BEEN STATED FOR THE CONTINUANCE.

IT IS SO ORDERED.

**Dated:   July 6, 2011**                         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

U.S. v. IDELFONSO URBINA VALENCIA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CASE NUMBER: 1:09–CR-00461-OWW                                                              2